## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In Re: | John M. Johnston | ) | Case No. 19-22055-RDB13 |
| | Cyndi J. Johnston | ) | Chapter: 13 |
| | Debtors | ) | |

### OBJECTION TO PROOF OF CLAIM NO. 7-1

**COME NOW** the above-captioned Debtors, by and through Counsel, and hereby object to the **Proof of Claim No. 7-1**, filed on **10/30/2019,** by creditor, **Specialized Loan Servicing LLC (the "Mortgagee")** in the **secured** amount of **$444,773.74**.

The basis of this Objection is as follows:

X      The Claim should instead be allowed listing arrears of $0.00. Based on 13Network, there are currently approximately $27,849.47 in remaining mortgage arrears owed in the Plan (TTE Claim Nos. 7 and 1107). On 3/9/2023, Debtors uploaded to the Trustee evidence of the Kansas Housing Assistance Fund (the "HAF") paying the Mortgagee $28,226.96, outside of the Plan. HAF has also indicated they will pay the Debtor's on-going monthly mortgage payment going forward for a period of 6-months. Debtors intend to file a Motion to Modify the Plan to have the conduit mortgage payment removed.

### NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON OBJECTION

NOTICE IS HEREBY GIVEN that if you fail to file a written response to the above pleading with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **4/10/2023** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, **Room 151,** Kansas City, Kansas 66101, on **4/18/2023 at 1:30 PM**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated: March 9, 2023          Respectfully submitted,
                                                    WM Law

                                                    s/ Jeffrey L. Wagoner
                                                    Jeffrey L. Wagoner, MO #44365; KS #17489
                                                    15095 W. 116th St.
                                                    Olathe, KS 66062
                                                    Phone (913) 422-0909 / Fax (913) 428-8549
                                                    bankruptcy@wagonergroup.com
                                                    ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Specialized Loan Servicing LLC
C/o Toby Wells, CEO or Equivalent
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

                                                                         s/ Jeffrey L. Wagoner