UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

---

IN RE:

John M Johnston,
Cyndi J Johnston,
        Debtor(s).

Case Number: 19-22055
Chapter: 13

---

## **OBJECTION TO DEBTOR'S OBJECTION TO CLAIM (DOC# 49)**

Specialized Loan Servicing LLC, ("Secured Creditor"), through the undersigned counsel, hereby files this objection to Debtor's Objection to Claim (the "Motion") in the above captioned matter. Specialized Loan Servicing LLC ("Servicer") service the Debt Obligation secured by the property commonly described as **11313 S Gander St, Olathe, Kansas 66061**. Secured Creditor is a party in interest as the holder of the secured claim that is the subject of this motion and responds as follows:

1. Secured Creditor objects to its claim being allowed while listing arrears of $0.00.

2. Secured Creditor filed an Amended Proof of Claim on April 3, 2023 listing pre-petition arrears of $8,497.72. This amount reflects the amount already paid by the Chapter 13 Trustee prior to the reinstatement quote generated by Secured Creditor precipitating its receipt of the Kansas Housing Assistance Funds.

3. Secured Creditor agrees that the Debtor's loan is currently due for the May 1, 2023 payment, but this is due, in part, to the funds which have previously been received from the Chapter 13 Trustee.

**WHEREFORE**, Secured Creditor prays that Debtor's Motion be denied, together with such other relief as this Court deems just and proper.

Dated: April 10, 2023

Respectfully Submitted,

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 25402
6701 West 64th Street, Suite 214
Overland Park, Kansas 66202
Phone: (913) 677-0253
Fax: (913) 831-6014
KSBK@BonialPC.com
Attorney for Specialized Loan Servicing LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed <u>April 10, 2023</u>, and served upon all parties receiving notice electronically via the CM/ECF system, and the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on the <u>April 10, 2023</u>:

**Debtor**         **VIA U.S. MAIL**
John M Johnston
11313 S. Gander Street
Olathe, KS 66061

Cyndi J Johnston
11313 S. Gander Street
Olathe, KS 66061

**Debtor's Attorney**
Jeffrey L. Wagoner
WM Law
15095 W 116th Street
Olathe, KS 66062

**Chapter 13 Trustee**
William H. Griffin
5115 Roe Blvd, Suite 200
Roeland Park, Kansas 66205-2393

**US Trustee**
Office of the U.S.Trustee
301 N. Main Street, Suite 500
Wichita, Kansas 67202

Respectfully Submitted,

<u>/s/ Wesley T. Kozeny</u>
Wesley T. Kozeny